No. 743. STIRONE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *B. Nathaniel Richter* and *Vincent M. Casey* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 753. WESTINGHOUSE BROADCASTING Co., INC., *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Albert R. Connelly, George G. Tyler* and *Leonard E. Kust* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for respondent.

No. 754. BOYLAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Sidney Teiser* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 755. MITCHELL, DOING BUSINESS AS LaSALLE COUNTY LIVESTOCK MARKETING CENTER, *v.* FREEMAN, SECRETARY OF AGRICULTURE. C. A. 7th Cir. Certiorari denied. *Andrew J. O'Conor* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondent.

No. 756. WHITING ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *T. Emmett McKenzie* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.